IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | 4:15-CR-3059 |
| vs. | | ORDER |
| ZACHARY JOSEPH LOVE, | | |
| Defendant. | | |

This matter is before the Court on the defendant's motion to proceed on appeal in forma pauperis. Filing 116. Defense counsel states that the defendant is not able to afford to pay for the costs of an appeal. This is confirmed by the facts contained in the presentence investigation report. Therefore, the defendant's motion (filing 116) is granted, and the defendant is permitted to proceed on appeal in forma pauperis.

Dated this 2nd day of September, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge