IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ZACHARY JOSEPH LOVE,<br><br>　　　　　　Defendant. | 4:15-CR-3059<br><br>ORDER |

　　　This matter is before the Court on the Request for CD/Transcript by a Non-Party (filing 122) filed by Rosalie Shimerda, requesting preparation of a transcript of the defendant's sentencing.

　　　That request will be denied as moot, because a transcript has *already* been prepared at the direction of the U.S. Court of Appeals for the Eighth Circuit. *See* filing 121. The transcript has been filed on the Court's docket as filing 123. The transcript may be viewed at the Court's public terminal in the Clerk's Office, or a copy may be purchased through court reporter Rogene S. Schroder at (402) 661-7383 or roschrod79@yahoo.com.

　　　IT IS ORDERED:

1.　　The third-party request to prepare a transcript (filing 122) is denied as moot.

2.　　The Clerk of the Court is directed to send Rosalie Shimerda a copy of this order at the address set forth in filing 122.

Dated this 17th day of October, 2016.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_John M. Gerrard_
　　　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　　　United States District Judge