IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15-CR-3059 |
| vs. | JUDGMENT |
| ZACHARY JOSEPH LOVE, | |
| Defendant. | |

For the reasons stated in the accompanying Memorandum and Order, the defendant's motion to vacate under 28 U.S.C. § 2255 (filing 138) is denied.

Dated this 11th day of October, 2018.

BY THE COURT:

*[signature: John M. Gerrard]*
John M. Gerrard
United States District Judge